TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00325-CV

David Paul Wright, Appellant

v.

Suzanne Springs, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 95-00135, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 Appellant David Paul Wright moves this Court to dismiss his appeal. Appellee
Suzanne Springs moves to dismiss the appeal and to impose sanctions on Wright. We dismiss
Springs' motion and grant Wright's motion.

 We dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: November 5, 1998

Do Not Publish